UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CV-00368-F

| | | |
|---|---|---|
| BOBBY G. CREECH, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PROGRESS ENERGY SERVICE CO., LLC, | ) | |
|     Defendant. | ) | |

The Clerk of Court is DIRECTED to re-assign this case to another district court judge so as to avoid any appearance of a conflict.

SO ORDERED.

This, the 15th day of August, 2011.

*[signature]*
JAMES C. FOX
Senior United States District Judge